EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
CHARLES PARKER (Cal. Bar No. 283078)
Assistant United States Attorney
   300 N. Los Angeles Street
   Federal Building, Suite 7211
   Los Angeles, CA 90012
   Telephone:  (213) 894-2740
   Facsimile:   (213) 894-0115
   Email: charles.parker@usdoj.gov

JS-6

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>          Petitioner,<br><br>   v.<br><br>BRIAN McKNIGHT,<br><br>          Respondent. | Case No. 2:16-cv-01189-FMO (Ex)<br><br>JUDGMENT FINDING RESPONDENT'S PRINCIPAL RESIDENCE IS NOT EXEMPT FROM IRS LEVY |
|---|---|

Pursuant to the Court's Order Finding Respondent's Principal Residence is not Exempt from IRS Levy, the government's petition, and all evidence properly on the record:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Respondent Brian McKnight's principal residence located in Chatsworth, California is not exempt from Internal Revenue Service levy.

Date: March 17, 2016

                                              /s/
                                   FERNANDO M. OLGUIN
                                   United States District Judge